## DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| Heckert | Cody |

**Street Address:** 801 W Ocean Ave

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Lompoc | CA | 93436 | 08/2_ |

**Drivers License No.:** ___
**CDL:** ☐  **D.L. State:** ___
**Social Security No.:** 5296595_

☒ Adult  ☐ Juvenile   **Sex:** ☒ Male ☐ Female   **Hair:** B/N   **Eyes:** BLU   **Height:** 6-3"

### VEHICLE
**VIN:** [redacted]

| Tag No. | State | Year | Make/Model | PASS |
|---|---|---|---|---|

[large redacted area]

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 130.00  Total Collateral
+ $30 Processing

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date)

**Court Address:** US Court, 1415 State St., Santa Barbara, CA 93101
**Date:** TB   **Time:** TB

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the collateral due.

X **Defendant Signature**

Original - CVB Copy

---

200 yards within closed area of the dunes. I requested for an additional unit and BDOC arrived approximately 15 minutes later. HECKERT stated that he had in fact seen the closed area markings and continued into the area. HECKERT stated he had also walked past northern boundary of Surf Beach and beyond the closed area of Ocean Park ignoring the closed area markings. I made contact HECKERT at approximately 1820hrs and began escorting him back to the parking lot. At approximately 1825hrs we reached Surf Station parking lot. Once reached the parking lot, HECKERT's identity was verified via DATAMAXX. At approximately 1858hrs HECKERT was cited for TITLE 18 USCS 1382; "ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY". HECKERT was then briefed on beach rules and released on their own recognizance.

All information on the front of this notice is incorporated by reference here.

The foregoing statement is based upon:

☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 09/02/2024   _[signature] Solorio_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident